

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00359-CR

Ricardo P. **ACOSTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR4679
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is **AFFIRMED**.

SIGNED August 6, 2025.

_____
Velia J. Meza, Justice